

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-49,098-10

### IN RE JOE GARCIA ESTRADA, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NOS. 697896, 724327, 724328, 724329, 724330, 724331, 724332 & 724333
IN THE 180TH DISTRICT COURT
FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. Among other things, he contends that he filed applications for writs of habeas corpus in the 180th District Court of Harris County, that more than 180 days have elapsed, and that the applications have not yet been forwarded to this Court.

Respondent, the Judge of the 180th District Court of Harris County, shall file a response with this Court by having the District Clerk submit the records on such habeas corpus applications. In the alternative, Respondent may resolve the issues raised by the writs and then have the District Clerk submit the records on such applications. In either case, Respondent's answer shall be

submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted her response.

Filed: March 25, 2015
Do not publish